**DISMISS and Opinion Filed November 15, 2024**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00897-CV

## IN THE INTEREST OF N.R.H., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-24-07126**

## MEMORANDUM OPINION

Before Justices Nowell, Miskel, and Breedlove
Opinion by Justice Nowell

Before the Court is appellant's motion to dismiss this appeal. We grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Erin A. Nowell/
ERIN A. NOWELL
240897F.P05                                    JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF N.R.H., A
CHILD

No. 05-24-00897-CV

On Appeal from the 254th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-24-07126.
Opinion delivered by Justice Nowell,
Justices Miskel and Breedlove
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered November 15, 2024